USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA              :
                                      :    21-CR-649 (VEC)
        -against-                     :
                                      :    ORDER
                                      :
MARCUS FRAZIER,                       :
                                      :
                    Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS this case was previously assigned to Judge Nathan;

WHEREAS Judge Nathan scheduled Mr. Frazier's sentencing for April 25, 2022 at 3:00 p.m., *see* Dkt. 23;

WHEREAS, pursuant to Rule 8.A of Judge Nathan's Individual Practices in Criminal Cases, Defendant's sentencing submission is due by April 18, 2022, and the Government's sentencing submission is due by April 22, 2022; and

WHEREAS this case was reassigned to the Undersigned on April 1, 2022;

IT IS HEREBY ORDERED that, due to a scheduling conflict for the Court, Mr. Frazier's sentencing is ADJOURNED to **May 26, 2022 at 3:30 p.m.** in Courtroom 443, Thurgood Marshall U.S. Courthouse, 40 Foley Square, New York, NY. The parties' sentencing submissions are due by **May 5, 2022**.

IT IS FURTHER ORDERED that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire. Please see the enclosed instructions. Completing the questionnaire ahead of time will save time and effort upon entry. Only those individuals who meet the entry requirements established by the questionnaire

will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

**SO ORDERED.**

Date:   **April 6, 2022**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire at an entry device at the courthouse.