# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
*and Attorney-in-Chief*

**MEMO ENDORSED**

*Southern District of New York*
*Jennifer L. Brown*
*Attorney-in-Charge*

May 26, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022
```

**BY ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Marcus Frazier,**
      **21 Cr. 649 (VEC)**

Dear Judge Caproni:

　　　　With the Government's consent, I write to respectfully request a 30-day adjournment of the sentencing proceeding in the above-captioned case, which is currently scheduled for June 17, 2022. The adjournment is necessary to obtain and incorporate into the defense's sentencing submission up-to-date medical records pertaining to the Court's consideration of the factors set forth under 18 U.S.C. § 3553(a), namely Section 3553(a)(2)(D) (directing courts to impose a sentence sufficient, but not greater than necessary, "to provide the defendant with needed … medical care, or other correctional treatment in the most effective manner").

　　　　Thank you for considering this application.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender

Counsel for Marcus Frazier

Cc:   AUSA Katherine C. Reilly
      Counsel for the Government

Application GRANTED.  Sentencing will be held on **Monday, July 18, 2022 at 11:00 a.m.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  Sentencing submissions are due by no later than **July 5, 2022.**

 SO ORDERED.

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE