**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 5, 2022

**BY ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Marcus Frazier**,
      **21 Cr. 649 (VEC)**

Dear Judge Caproni:

With the Government's consent, I write to respectfully request a two-day extension, to July 7, 2022, for the defense to file its sentencing submission in connection with the above-captioned case. I am not seeking an adjournment of the July 18, 2022, sentencing proceeding. I require a two-day extension of the July 5, 2022, deadline to perfect Mr. Frazier's sentencing submission and to further confer with the defense's retained mitigation/psychological expert about the report she prepared concerning Mr. Frazier, which bears on the Court's consideration of the 18 U.S.C. § 3553(a) factors.

Thank you for considering this application.

Respectfully Submitted,

Andrew J. Dalack, Esq.
Assistant Federal Defender

Cc:   AUSA Katherine C. Reilly
      Counsel for the Government        Counsel for Marcus Frazier