**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*David E. Patton*
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

September 26, 2022

**By E-mail & ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Marcus Frazier,**
      **21 Cr. 649 (VEC)**

Dear Judge Caproni:

      I write to respectfully request a 90-day extension of Marcus Frazier's September 30, 2022, surrender date. The Government does not object to this application.

      Mr. Frazier is scheduled to undergo ▇▇▇ surgery on September 28, 2022, to repair ▇▇▇. See Exhibit A ▇▇▇. Dr. Andrew ▇▇▇ of ▇▇▇ requested the MRI on Mr. Frazier's behalf and will perform the surgery. See Exhibit B (letter from Dr. Andrew ▇▇▇ confirming date of surgery). On September 22, 2022, upon receiving the letter attached as Exhibit B, I also spoke with Carmen ▇▇▇, Dr. ▇▇▇'s Surgical Coordinator, by phone to confirm Mr. Frazier's appointment.

      The defense respectfully submits that the time needed for Mr. Frazier to obtain knee surgery and adequately recover through physical therapy warrants a 90-day extension of his surrender date. I have conferred with AUSA Katherine Reilly and the Government does not object to this application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Cc:   AUSA Katherine Reilly