**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 26, 2022

**By E-mail & ECF**
Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Marcus Frazier,
21 Cr. 649 (VEC)**

Dear Judge Caproni:

    I write to respectfully request a 90-day extension of Marcus Frazier's September 30, 2022, surrender date. The Government does not object to this application.

    Mr. Frazier is scheduled to undergo ▇▇▇ surgery on September 28, 2022, to repair ▇▇▇. See Exhibit A ▇▇▇. Dr. Andrew ▇▇▇ of ▇▇▇ requested the MRI on Mr. Frazier's behalf and will perform the surgery. See Exhibit B (letter from Dr. Andrew ▇▇▇ confirming date of surgery). On September 22, 2022, upon receiving the letter attached as Exhibit B, I also spoke with Carmen ▇▇▇, Dr. ▇▇▇'s Surgical Coordinator, by phone to confirm Mr. Frazier's appointment.

    The defense respectfully submits that the time needed for Mr. Frazier to obtain ▇▇▇ surgery and adequately recover through physical therapy warrants a 90-day extension of his surrender date. I have conferred with AUSA Katherine Reilly and the Government does not object to this application.

Respectfully Submitted,

Andrew John Dalack, Esq.
Assistant Federal Defender

Cc:   AUSA Katherine Reilly