USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                    :
                                            :    21-CR-649 (VEC)
         -against-                          :
                                            :            ORDER
                                            :
MARCUS FRAZIER,                             :
                                            :
                       Defendant.           :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS Mr. Frazier was ordered to self-surrender on September 30, 2022, Dkt. 33; and

WHEREAS Defendant requests a 90-day extension to allow for Mr. Frazier to recover from a medical procedure, *see* Dkt. 39;

IT IS HEREBY ORDERED that Defendant shall surrender to the USMS in SDNY at 12:00 p.m. on **January 6, 2023**.

**SO ORDERED.**

Date:  September 26, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire at an entry device at the courthouse.