```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  12/13/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA                  :
                                                   :      21-CR-649 (VEC)
       -against-                            :
                                                 :          ORDER
  MARCUS FRAZIER,                         :
                          Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS Mr. Frazier was arrested on December 13, 2022.

       IT IS HEREBY ORDERED that Mr. Frazier must appear for a status conference on **Tuesday, December 13, 2022** at 3:30 p.m. in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

       IT IS FURTHER ORDERED that the Government must promptly produce to Defendant the *ex parte* December 12, 2022 Letter in which it sought an arrest warrant.

**SO ORDERED.**

Date:  **December 13, 2022**
        **New York, NY**                         **VALERIE CAPRONI**
                                                          **United States District Judge**